IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JERRY W. COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3137 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| UNION PACIFIC RAILROAD COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

The plaintiff's complaint was filed on July 16, 2010. More than 120 days have now passed and the plaintiff has filed no proof of service as required under Federal Rule of Civil Procedure 4(l), and there has been no entry of appearance or filing made on behalf of the defendant.

IT IS ORDERED:

1) The plaintiff is given until December 3, 2010 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution.

2) The failure to timely comply with this order may result in dismissal of this action without further notice.

DATED this 16th day of November, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge