IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JERRY W. COLEMAN,          ) | |
| Plaintiff,          ) | 4:10CV3137 |
| V.          ) | |
| UNION PACIFIC RAILROAD          ) | **MEMORANDUM AND ORDER** |
| COMPANY,          ) | |
| Defendant.          ) | |

This matter is before the court on Magistrate Judge Zwart's Findings and Recommendation (filing 6) recommending that Plaintiff's complaint be dismissed for want of prosecution. No objections to the Recommendation have been filed and as Magistrate Judge Zwart has fully, carefully and correctly applied the law to the facts, I need only state that the Recommendation should be adopted.

Accordingly,

IT IS ORDERED:

1. Magistrate Judge Zwart's Findings and Recommendation (filing 6) shall not be disturbed and is hereby adopted;

2. Plaintiff's complaint shall be dismissed without prejudice for want of prosecution;

3. Judgment shall be entered by separate document.

January 5, 2011.

                                                          BY THE COURT:
                                                          *Richard G. Kopf*
                                                          United States District Judge